IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JULIE A. MCCAIN,<br><br>    Plaintiff,<br><br>    vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. CV-05-0008-CI<br><br><br><br>ORDER |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings, including, but not limited to, the following actions: the administrative law judge (ALJ) will further consider whether Plaintiff has a severe mental impairment(s); the ALJ will consider the opinions of David Bot, M.D. (Tr. 165-169), Jay Toews, Ed.D. (Tr. 224-230, 231-233), and Robert Quackenbush, Ph.D. (Tr. 365-369, 370-371); the ALJ will, if possible, obtain clarification from William Shanks, M.D., regarding the basis of his statement regarding Plaintiff's need to elevate her ankles (Tr. 296); the ALJ will further consider Plaintiff's residual functional capacity; and if necessary, the ALJ will

Page 1     ORDER - [CV-05-0008-CI]

further consider, with the assistance of vocational expert testimony, Plaintiff's ability to perform other work in the national economy.

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).

DATED this 26th day of September, 2005.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Daphne Banay
DAPHNE BANAY
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Phone:  206-615-2113
Fax:    206-615-2531
daphne.banay@ssa.gov